# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-3114
_____

DAVID DELVALLE,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

_____


On appeal from the Circuit Court for Wakulla County.
J. Layne Smith, Judge.


May 10, 2024

PER CURIAM.

   AFFIRMED.

ROBERTS, RAY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


David Delvalle, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.